UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
United States of America,

                                                            **ORDER**
                                                            21-CR-456 (ALC)

        -against-

Belayet Hussain,

                Defendant(s)
-------------------------------------------------------X

**ANDREW L. CARTER, JR.**, United States District Judge:

    A Change of Plea Hearing is set for **October 7, 2021** at **1:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
         September 28, 2021

                                                     _____
                                                   ANDREW L. CARTER, JR.
                                                   UNITED STATES DISTRICT JUDGE