USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _1-13-22_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------X

United States of America,

                                      **ORDER**
                                      **21-CR-456 (ALC)**

-against-

Belayet Hussain,

-------------------------------------------------------X

**ANDREW L. CARTER, JR., United States District Judge:**

The sentencing set for February 15, 2022 is adjourned to **April 29, 2022** at **2:00 p.m.**

    **SO ORDERED.**

Dated: New York, New York
       January 13, 2022

_____
**ANDREW L. CARTER, JR.**
**UNITED STATES DISTRICT JUDGE**