UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                              **ORDER**
                              21-CR-456 (ALC)

       -against-

Belayet Hussain,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., United States District Judge:

    The Sentencing scheduled for April 29, 2022 is adjourned to **June 10, 2022** at **2:00 p.m.**

    SO ORDERED.

Dated: New York, New York
       April 19, 2022

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

4-19-22